**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

No. 14-1834

JRS MANAGEMENT,

        Appellant,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

        Appellee.

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for **JRS Management**. The party I represent is the **Appellant**.

My address and telephone number are:

    Michele Yvette Sims
    Sims Law Firm
    2825 Breckinridge Blvd
    Suite 170
    Duluth, GA 30096
    Phone- (404) 247-4936
    Fax- (404) 601-0798
    Email- Michele@simslawfirm.net

**I am the principal attorney** for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar: <u>April 8, 2014</u>

This **is not** my first appearance before the United States Court of Appeals for the Federal Circuit.

We do **not** require a courtroom accessible to the handicapped if oral argument is scheduled.

<u>September 26, 2014</u>  
Date

<u>/s/Michele Yvette Sims</u>  
**Signature of counsel**

<u>Michele Yvette Sims</u>  
**Printed name of counsel**

cc:     Jacqueline Sims

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, the foregoing ENTRY OF APPEARANCE was filed electronically and served on all parties by operation of the Court's electronic filing system.

>  /s/Michele Yvette Sims
>  Michele Yvette Sims
>  Sims Law Firm
>  2825 Breckinridge Blvd, Suite 170
>  Duluth, GA 30096
>  Phone- (404) 247-4936
>  Fax- (404) 601-0798
>  Email- Michele@simslawfirm.net