NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JRS MANAGEMENT,**
*Appellant*

v.

**ERIC H. HOLDER, JR., ATTORNEY GENERAL,**
*Appellee*

---

2014-1834

---

Appeal from the Civilian Board of Contract Appeals in No. 3288, Administrative Judge James L. Stern, Administrative Judge Joseph A. Vergilio, Administrative Judge R. Anthony McCann.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The court treats the parties' responses to the oral argument order as motions to waive oral argument,

Upon consideration thereof,

It Is Ordered That:

The motions are granted. The case will be submitted on the briefs without oral argument on May 5, 2015

              For the Court

| April 17, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Clerk |